IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| DONAL R. EDWARDS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO. 1:23-00202-JB-N |
| | ) |
| SHERIFF HEATH JACKSON, | ) |
| | ) |
| Defendant. | ) |

### ORDER

After due and proper consideration of the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge (Doc. 8) dated August 28, 2023, and made under 28 U.S.C. § 636(b)(1)(B)-(C), Federal Rule of Civil Procedure 72(b), and S.D. Ala. GenLR 72(a), is **ADOPTED** as the opinion of this Court. Accordingly, it is **ORDERED** that the Clerk of Court file a copy of the complaint (Doc. 1) in S.D. Ala. Case No. 1:22-cv-00260-JB-N, and that this civil action be **DISMISSED without prejudice**. Accordingly, the motion for leave to proceed in forma pauperis in this action (Doc. 4) is **MOOT**.

Judgment in accordance with this order shall hereafter be set out by separate document, in accordance with Federal Rule of Civil Procedure 58.

**DONE and ORDERED** this 28th day of September, 2023.

/s/ JEFFREY U. BEAVERSTOCK
CHIEF UNITED STATES DISTRICT JUDGE