IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| DONAL R. EDWARDS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO. 1:23-00202-JB-N |
| | ) |
| SHERIFF HEATH JACKSON, | ) |
| | ) |
| Defendant. | ) |

## JUDGMENT

In accordance with the order entered on this date adopting the recommendation of the Magistrate Judge, it is **ADJUDGED** and **DECREED** that this civil action is **DISMISSED without prejudice**.

**DONE and ORDERED** this 28th day of September, 2023.

/s/ JEFFREY U. BEAVERSTOCK
CHIEF UNITED STATES DISTRICT JUDGE